**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11195

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

OTIS LEE BOWERS,
  a.k.a. Big O,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:22-cr-00345-AMM-SGC-3

_____

Before JORDAN, ABUDU, and KIDD, Circuit Judges.

PER CURIAM:

Perry Russell Steen, appointed counsel for Otis Bowers in this direct criminal appeal, has moved to withdraw from further

representation and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bowers's conviction and sentence are **AFFIRMED**.